**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Grill Concepts Management, Inc. | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Grill Concepts | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 95-4850209 | |
| 4. **Debtor's address** | **Principal place of business** <br><br> 5765 S. Rainbow Blvd., Suite 101 <br> Number    Street <br><br> Las Vegas    NV    89118 <br> City    State    ZIP Code <br><br> Clark County <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Significant portion of Debtors consolidated <br> Number    Street <br><br> assets is located in California Central Distri <br><br> LA    CA    91403 <br> City    State    ZIP Code |
| 5. **Debtor's website** (URL) | www.grillconcepts.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Grill Concepts Management, Inc.**_____     Case number (if known)_____
        Name

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   **7225**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check **all** that apply*:

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____ When _____ Case number _____
                                          MM / DD / YYYY
           District _____ When _____ Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes.  Debtor  **SEE ATTACHED**_____  Relationship **Business Affiliation**_____
            District **California Central District Bankruptcy C**  When **04/28/2021**_____
                                                                        MM / DD / YYYY
            Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  Grill Concepts Management, Inc.  Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number    Street

    _____
    _____
    City    State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor _____    Case number *(if known)*_____
    First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | |
|---|---|---|
| **PS On Tap, LLC** | California Central District Bankruptcy Court | 04/28/2021 |
| **Grill Concepts, Inc., a California corporation** | California Central District Bankruptcy Court | 04/28/2021 |
| **Grill Concepts, Inc., a Nevada corporation** | California Central District Bankruptcy Court | 04/282021 |
| **Grill Concepts Services, Inc.** | California Central District Bankruptcy Court | 04/28/2021 |
| **GCI-MP, Inc.** | California Central District Bankruptcy Court | 04/28/2021 |
| **PS 303, LLC** | California Central District Bankruptcy Court | 04/28/2021 |
| **Shift Bar, LLC** | California Central District Bankruptcy Court | 04/28/2021 |
| **Grill Concepts Management, Inc.** | California Central District Bankruptcy Court | 04/28/2021 |
| **GCI-CC, Inc.** | California Central District Bankruptcy Court | 04/28/2021 |
| **Grill Concepts-D.C., Inc.** | California Central District Bankruptcy Court | 04/28/2021 |

| Debtor | Grill Concepts Management, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/28/2021
MM / DD / YYYY

X _/s/ Claude R. Cognian_     Claude R. Cognian
Signature of authorized representative of debtor    Printed name

Title President/CEO

**18. Signature of attorney**

X _/s/ Carol Chow_     Date 04/28/2021
Signature of attorney for debtor     MM / DD / YYYY

Carol Chow
Printed name
Carol Chow
Firm name
1888 Century Park East Suite 1500
Number    Street
Los Angeles     CA     90067
City     State     ZIP Code

(310) 255-6108     carol.chow@ffslaw.com
Contact phone     Email address

169299     CA
Bar number     State

**Fill in this information to identify the case:**

Debtor name: Grill Concepts Management, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Healthy San Francisco<br>PO Box 194367<br>San Francisco, CA, 94119 | (415) 615-4555<br>info@healthsanfrancisco.org | Services | | | | 54,325.55 |
| 2 | Sysco San Francisco Inc<br>5900 Stewart Avenue<br>Fremont, CA, 94538 | Cary Nelms<br>(858) 204-5381<br>nelms.cary@corp.sysco.com | Suppliers or Vendors | | | | 41,173.64 |
| 3 | City Mechanical Inc<br>724 Alfred Nobel Drive<br>Hercules, CA, 94547 | Lisa McClain<br>(510) 296-7916<br>ar@citymechanical.com | Services | | | | 27,504.57 |
| 4 | Sysco North Texas<br>800 Tinity Drive<br>Lewisville, TX, 75056 | Cary Nelms<br>(858) 204-5381<br>nelms.cary@corp.sysco.com | Suppliers or Vendors | | | | 22,453.95 |
| 5 | Advanced Linen Service<br>PO Box 216<br>Patterson, CA, 95363 | William Perry<br>(650) 834-0792<br>billthelinenman@aol.com | Services | | | | 7,981.55 |
| 6 | Ecolab Inc<br>PO Box 100512<br>Pasadena, CA, 91189 | Eric Allen<br>(800) 352-5326<br>eric.allen@ecolab.com | Services | | | | 5,983.36 |
| 7 | HSF Program<br>201 Third Street<br>San Francisco, CA, 94103 | (415) 615-4492<br>employerservices@sfcityoption.org | Other | | | | 2,780.97 |
| 8 | Handlery Union Square Hotel<br>180 Geary Street<br>Suite 700<br>San Francisco, CA, 94108 | (415) 781-7800 | Other | | | | 2,260.65 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor __Grill Concepts Management, Inc.__  Case number (*if known*)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Matagrano Inc<br>PO Box 2588<br>So San Francisco, CA, 94083 | (650) 246-3770 | Suppliers or Vendors | | | | 2,037.12 |
| 10 | Golden Brands<br>5901 Bolsa Avenue<br>Huntington Beach, CA, 92647 | Santos Galeas<br>(408) 259-0430<br>GBXARSharedServices@reyesholdings.com | Suppliers or Vendors | | | | 1,498.57 |
| 11 | H & H Sanitation Services Company<br>775 B Mabury Road<br>San Jose, CA, 95133 | Paul Boswell<br>(408) 993-0816<br>connie@simplyfjb.com | Services | | | | 1,350.00 |
| 12 | Retail Technology Group, Inc<br>1663 Fenton Business Park Court<br>Fenton, MO, 63026 | Tara Vegedes<br>(636) 600-4070<br>Tara.Vagedes@RTGPOS.com | Suppliers or Vendors | | | | 1,122.72 |
| 13 | Acme Pacific Repairs Inc<br>1347 Fulton Place<br>Fremont, CA, 94539 | (510) 252-2074<br>info@acmepacificrepairs.com | Services | | | | 803.18 |
| 14 | Young's Market Company of Washington LLC<br>14402 Franklin Avenue<br>Tustin, CA, 92780 | Jessica Kirby<br>(925) 212-2732<br>jessicakirby@youngsmarket.com | Suppliers or Vendors | | | | 799.17 |
| 15 | Service Linen Supply<br>PO Box 957<br>Renton, WA, 98057 | (425) 255-8688<br>ar@servicelinen.com | Services | | | | 792.23 |
| 16 | LDF Sales & Distributing, Inc.<br>2959 N Rock Road<br>Suite 5100<br>Wichita, KS, 67226 | Catrina Chavez<br>(316) 636-5575 | Suppliers or Vendors | | | | 656.30 |
| 17 | Charlies Produce<br>PO Box 24606<br>Seattle, WA, 98124 | (206) 625-1412 | Suppliers or Vendors | | | | 613.08 |
| 18 | Cox Business<br>PO Box 53249<br>Phoenix, AZ, 85072-3249 | | Utility Services | | | | 602.03 |
| 19 | Farmer Brothers Coffee<br>PO Box 732855<br>Dallas, TX, 75373 | Rita Streeter<br>(682) 549-6668<br>rstreeter@farmerbros.com | Suppliers or Vendors | | | | 589.79 |
| 20 | Golden Valley Quail LLC dba Floral Image San Francisco<br>6101 Gushee Street<br>Ste 1508<br>Felton, CA, 95018 | Laura Taylor<br>(855) 285-3473<br>laurataylor@floralimage.com | Suppliers or Vendors | | | | 584.56 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name: Grill Concepts Management, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/28/2021    X /s/ Claude R. Cognian
MM / DD / YYYY            Signature of individual signing on behalf of debtor

Claude R. Cognian
Printed name

President/CEO
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

```
Acme Pacific Repairs Inc
1347 Fulton Place
Fremont, CA 94539


Advanced Linen Service
PO Box 216
Patterson, CA 95363


Charlies Produce
PO Box 24606
Seattle, WA 98124


City Mechanical Inc
724 Alfred Nobel Drive
Hercules, CA 94547


Cox Business
PO Box 53249
Phoenix, AZ 85072-3249


Ecolab Inc
PO Box 100512
Pasadena, CA 91189


Farmer Brothers Coffee
PO Box 732855
Dallas, TX 75373


Golden Brands
5901 Bolsa Avenue
Huntington Beach, CA 92647
```

**Golden Valley Quail LLC dba Floral Image San**
**6101 Gushee Street**
**Ste 1508**
**Felton, CA 95018**


**H & H Sanitation Services Company**
**775 B Mabury Road**
**San Jose, CA 95133**


**Handlery Union Square Hotel**
**180 Geary Street**
**Suite 700**
**San Francisco, CA 94108**


**Healthy San Francisco**
**PO Box 194367**
**San Francisco, CA 94119**


**HSF Program**
**201 Third Street**
**San Francisco, CA 94103**


**LDF Sales & Distributing, Inc.**
**2959 N Rock Road**
**Suite 5100**
**Wichita, KS 67226**


**Matagrano Inc**
**PO Box 2588**
**So San Francisco, CA 94083**


**Retail Technology Group, Inc**
**1663 Fenton Business Park Court**
**Fenton, MO 63026**

Service Linen Supply
PO Box 957
Renton, WA 98057


Sysco North Texas
800 Tinity Drive
Lewisville, TX 75056


Sysco San Francisco Inc
5900 Stewart Avenue
Fremont, CA 94538


Young's Market Company of Washington LLC
14402 Franklin Avenue
Tustin, CA 92780

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Carol Chow<br>1888 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>(310) 255-6108<br>169299<br>carol.chow@ffslaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br>Grill Concepts Management, Inc.<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 04/28/2021

/s/ _____
Signature of Debtor 1

Date: 04/28/2021

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 04/28/2021

/s/ Carol Chow
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                F 1007-1.MAILING.LIST.VERIFICATION

# OMNIBUS RESOLUTION AND WRITTEN CONSENT OF
# THE BOARDS OF DIRECTORS OF

## PS ON TAP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY;
## GRILL CONCEPTS, INC., A CALIFORNIA CORPORATION;
## GRILL CONCEPTS, INC., A NEVADA CORPORATION;
## GRILL CONCEPTS SERVICES, INC., A CALIFORNIA CORPORATION;
## GRILL CONCEPTS MANAGEMENT, INC., A CALIFORNIA CORPORATION;
## GCI-MP, INC., A CALIFORNIA CORPORATION;
## PS 303, LLC, A COLORADO LIMITED LIABILITY COMPANY;
## GCI-CC, INC., A CALIFORNIA CORPORATION; AND
## GRILL CONCEPTS - D.C., INC., A DISTRICT OF COLUMBIA CORPORATION

## AUTHORIZING FILING OF PETITION
## UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

The undersigned, being the director of PS On Tap, LLC, a California limited liability company; Grill Concepts, Inc., a California corporation; Grill Concepts, Inc., a Nevada corporation; Grill Concepts Services, Inc., a California corporation; Grill Concepts Management, Inc., a California corporation; GCI-MP, Inc., a California corporation; PS 303, LLC, a Colorado limited liability company; GCI-CC, Inc., a California corporation; and Grill Concepts - D.C., Inc., a District of Columbia corporation (each a "Company") hereby memorializes consent to the following action at a special meeting of the Board of Directors of the Company held on April 13, 2021:

> RESOLVED, that the President of the Company be, and he is hereby authorized to determine, based upon subsequent events, and advice of counsel, whether it is desirable and in the best interests of this Company, its creditors, stockholders and other interested parties, that a petition be filed by this Company under the provisions of Chapter 11 of the Bankruptcy Code.

> RESOLVED FURTHER, that if the President of the Company shall make such a determination, then a petition under said Chapter 11 shall be filed as submitted by the President, or any officer he so designates. Such petition is approved and adopted in all respects, and each of said officers is authorized and directed, on behalf of and in the name of this Company, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California.

> RESOLVED FURTHER, that the President or any other officer of this Company so designated, be and each of said officers is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which the President of this Company shall deem necessary and proper in connection with proceedings under Chapter 11; and, in that connection to retain and employ all assistance by legal counsel or otherwise, which he may deem necessary and proper with a view to the successful termination of such proceedings.

4946768.1                                            1

FURTHER RESOLVED, that the firm of Freeman, Freeman & Smiley, LLP, is hereby retained as attorneys for this Company in connection with the institution and maintaining of chapter 11 proceedings.

_____
CLAUDE R. COGNIAN

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>THEODORE B. STOLMAN (BAR NO. 52099)<br>ted.stolman@fffslaw.com<br>CAROL CHOW (BAR NO. 169299)<br>carol.chow@ffslaw.com<br>FREEMAN, FREEMAN & SMILEY, LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California  90067<br>Telephone: (310) 255-6100<br>Facsimile:   (310) 255-6200<br><br>☒ *Attorney for:* Grill Concepts Management, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Grill Concepts Management, Inc.<br><br>                                             Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
|                                              Plaintiff(s),<br><br>                                             Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Claude R. Cognian                                                         , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☐ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    Grill Concepts, Inc. (NV)

    [For additional names, attach an addendum to this form.]

  b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: April 28, 2021

By: _____
Signature of Debtor, or attorney for Debtor

Name: Claude R. Cognian
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                        F 1007-4.CORP.OWNERSHIP.STMT

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re Grill Concepts Management, Inc.

Debtor.

Case No.

Chapter 11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| (1) Name and last known address or place of business of holder | (2) Security Class | (3) Number of Securities | (4) Kind of Interest |
|---|---|---|---|
| Grill Concepts, Inc. (NV) 1607 Wewatta Street Denver, CO 80202 | Common Stock | 100% | Common Stock |
|  |  |  |  |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Claude R. Cognian of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: April 28, 2021

_____
Claude R. Cognian
[President/CEO]

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571

_____ continuation sheets attached to List of Equity Security Holders

4172295.1